# 3RD AMENDED COMPLAINT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 2:23-CV-0412(

JOSE C. PEREIRA
1949 VAUXHALL Rd 2ND fl.
UNION N.J. 07083

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

FOX NEWS
1211 Ave. of the AMERICAS
NEW YORK, N.Y. 10005

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name             JOSE C. PEREIRA
            Street Address   1949 VAUXHALL Rd 2ND fl.
            County, City     UNION COUNTY, UNION township
            State & Zip Code New Jersey 07083
            Telephone Number 973-981-4184

**3RD AMENDED COMPLAINT**
**CASE # 2:23-CV-04120**

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **FOX NEWS**
Street Address **1211 Ave of the AMERICAS**
County, City **NEW YORK**
State & Zip Code **NEW YORK 10005**

Defendant No. 2
Name
Street Address
County, City
State & Zip Code

Defendant No. 3
Name
Street Address
County, City
State & Zip Code

Defendant No. 4
Name
Street Address
County, City
State & Zip Code

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ☐ Federal Questions            ☐ Diversity of Citizenship
   ☐ U.S. Government Plaintiff    ☐ U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

3RD Amended Case # 2:23-CV-0412
COMPLAINT   BRM-CLW

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **the State of New JERSEY the Township of UNION**

B. What date and approximate time did the events giving rise to your claim(s) occur? **December 2022 until the present**

C. Facts: **I WOULD LIKE TO FILE this Complaint against Fox NEWS - for unfair Reporting practices... As they solely restrict there reporting of candidates - who are running for Pres. of the UNITED STATES to 1- established Politicians & 2- Billionaire BUSINESSMAN. FOX NEWS SHOWS CLEAR DISCRIMINATION IN REFUSING to REPORT ON NOT EVEN ANY ONE INDEPENDENT CANDIDATE... EVEN IF AN INDEPENDENT CANDIDATE - Approached Fox NEWS - WITH CLEAR INTENT TO RUN FOR Pres. of the U.S., and armed WITH A TOP NOTCH PLAN of INITIATIVES for the NEXT Pres of the U.S.**

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

-3-

3RD AMENDED COMPLAINT

CASE # 2:23-CV-04120

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Because I'm not the type of person to behave boastfully or showy and because I lack the will and means to get in front of big crowds & make long political speeches my only path to getting the job of POTUS would be if FOX NEWS had taken the time to evaluate my work... Their resistance & refusal to report on Independent Candidates has prevented me from getting onto the polls, my message from getting to the people and the people from getting another option of a person to vote for... Why not let the people decide

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I'm seeking 100,000.00 in compensation from Fox News for Discriminating against Independent Candidates who are trying to run for and want the job of being President of the UNITED STATES

3RD AMENDED COMPLAINT

CASE # 2:23-CV-04120

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __17__ day of __JANUARY__, 20__24__.

Signature of Plaintiff __Jose C Pereira__
Mailing Address __1949 VAUXHALL Rd 2ND FL.__
__UNION NJ 07083__

Telephone Number __973-981-4184__
Fax Number *(if you have one)* _____
E-mail Address _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: __Jose C. Pereira__

- 5 -